**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 08-cv-00869-WYD-MEH

BARBARA HYDER,

      Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

      Defendant.

---

## NOTICE OF SETTLEMENT

---

      COMES NOW the Plaintiff, Barbara Hyder, by and through her attorney, David M. Larson, and the Defendant, NCO Financial Systems, Inc., by and through its attorney, Louis Leonard Galvis, and for their Notice of Settlement, hereby state as follows:

1.     The Plaintiff and the Defendant have reached a settlement.

2.     The Parties will be filing a Stipulation of Dismissal with Prejudice once the Plaintiff has received the settlement funds and the settlement documents have been executed by the parties and delivered to all counsel. The parties expect this to happen by June 30, 2008.

Dated: June 18, 2008.

Respectfully submitted,

 s/ David M. Larson_____      s/ Louis Leonard Galvis_____
David M. Larson, Esq.                                 Louis Leonard Galvis, Esq.
405 S. Cascade Avenue Suite 305            Sessions, Fishman, Nathan & Israel, LLP
Colorado Springs, CO 80903                645 Stonington Lane
(719) 473-0006                                      Fort Collins, CO 80525
Attorney for the Plaintiff                    (970) 223-4420
                                            Attorneys for the Defendant