IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-00869-WYD-MEH

BARBARA HYDER,

     Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

     Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, June 18, 2008.**

     Based on the parties' Notice of Settlement, the Settlement Conference set for July 7, 2008, is **vacated**. Dismissal papers are to be submitted on or before June 30, 2008.