IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  08-cv-00869-WYD-MEH

BARBARA HYDER,

     Plaintiff,

v.

NCO FINANCIAL SYSTEMS, INC., a Pennsylvania corporation,

     Defendant.

---

## ORDER OF DISMISSAL WITH PREJUDICE

---

THIS MATTER comes before the Court on the parties' Stipulation of Dismissal With Prejudice (docket #15), filed June 27, 2008.  After a careful review of the file, the Court has concluded that pursuant to Fed. R. Civ. P. 41(a)(1), the stipulation should be approved and this matter should be **DISMISSED WITH PREJUDICE**.  Accordingly, it is

ORDERED that the parties' Stipulation of Dismissal With Prejudice (docket #15), filed June 27, 2008, is **APPROVED**, and this matter is **DISMISSED WITH PREJUDICE**, each party to bear its own attorney's fees and costs.

     Dated:  June 27, 2008

                     BY THE COURT:


                     s/ Wiley Y. Daniel
                     Wiley Y. Daniel
                     U. S. District Judge